IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HARCHELROAD MOTORS, INC., a        )
Nebraska Corporation,              )
                                   )
                 Plaintiff,        )          7:11CV5002
                                   )
         v.                        )
                                   )
UNIVERSAL UNDERWRITERS             )          MEMORANDUM AND ORDER
INSURANCE COMPANY, ZURICH          )
AMERICAN INSURANCE COMPANY,        )
and CHARLES CHASE,                 )
                                   )
                 Defendants.       )


IT IS ORDERED:

1)     The Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's
       Motion to Remand to State Court and Motion to Stay Motion to Dismiss, (filing no.
       26), is granted in part and denied in part as follows:

       a.     The defendants have now filed their response to the plaintiff's motion to stay
              and, accordingly, their motion for an extension of time to file that response
              is denied as moot.

       b.     The defendants' motion for additional time to respond to the plaintiff's
              motion for remand is granted, and defendants' response to the plaintiff's
              motion for remand shall be filed on or before April 14, 2011.

       c.     Any reply to defendants' response to plaintiff's motion for remand shall be
              filed seven calendar days after the filing of defendants' response.

2)     In the interest of judicial economy, the plaintiff's motion to stay proceedings,
       including any response to defendants' pending motion to dismiss, (filing no. 23), is
       granted.


April 11, 2011                              BY THE COURT:

                                            s/ Cheryl R. Zwart
                                            United States Magistrate Judge